# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**JAMES ALLEN BROWN,**

    Plaintiff,

v.

**VALDOSTA TRANSITIONAL CENTER,**

    Defendant.

Civil Action No. 7:21-CV-107 (HL)

## ORDER

Before the Court Plaintiff James Allen Brown's Motion for Leave to Proceed *In Forma Pauperis* ("IFP"). (Doc. 2). Plaintiff filed a Complaint with this Court on August 13, 2021 along with a petition to proceed in this case without paying the Court's $402.00 filing fee. Plaintiff's petition does not contain sufficient information for the Court to assess his ability to pay the filing fee. The Court therefore **ORDERS** Plaintiff to supplement his petition.

When considering a motion to proceed IFP, "[t]he only determination to be made by the court…is whether the statements in the affidavit satisfy the requirement of poverty." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th. Cir. 2004) (citation omitted). The Court requires clarification of Plaintiff's gross pay or wages prior to making this assessment. In his application, Plaintiff identifies an employer and states that his gross pay or wages are $ 14.50 every 2 weeks. He then subsequently states that he has received no income from any

source in the last 12 months. Additionally, Plaintiff's application is on a form provided by the Southern District of Georgia.

Prior to ruling on Plaintiffs' pending motion to proceed IFP, the Court orders Plaintiff to amend his application to provide additional information using the correct Middle District of Georgia long-form IFP application. The Clerk of Court is **DIRECTED** to provide Plaintiff with the Court's form "AO 239 Application to Proceed without Prepaying Fees (IFP) Non-Prisoner Long Form." Plaintiff must be complete and file the form by not later than January 14, 2022. Failure to do so may result in dismissal of this case for failure to prosecute.

**SO ORDERED** this 20th day of December, 2021.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**