IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**JAMES ALLEN BROWN,**

    Plaintiff.

v.

**VALDOSTA TRANSITIONAL CENTER,**

    Defendant.

Case No. 7:21-cv-107 (HL)

**ORDER**

On October 13, 2022, the Court granted Plaintiff James Allen Brown leave to proceed *in forma pauperis* and ordered him to recast his complaint no later than November 3, 2022, so the Court could perform a thorough frivolity screening pursuant to 28 U.S.C. § 1915(e).  (Doc. 7.)  Instead of complying with the Court's instructions to recast, Brown filed an untimely document on November 9, 2022, which purported to be "correspondence … to express the reason of 'why' should this lawsuit had [sic] probable cause or should move forward with proceeding(s)!"[1] (Doc. 8.)  Because this filing did not comply with the Court's October 13, 2022, order, the Court entered an order to show cause asking Brown to explain why he did not timely submit a recast complaint.  (Doc. 9.)  Brown did not respond.  These

---

[1] Brown's "correspondence" was labeled as a "Recast Complaint" when it was filed on the docket, but as explained above, the filing does not comply with the Court's instructions to recast.

-2-

repeated failures to comply with the Court's orders warrant dismissal of Brown's case.  See Fed. R. Civ. P. 41; *see also Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citation omitted).

Accordingly, Brown's complaint (Doc. 1) is **DISMISSED without prejudice.**

**SO ORDERED** this 20th day of January, 2023.

*s/Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aem