IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JAMES ALLEN BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-cv-107-HL |
| | * |
| VALDOSTA TRANSITIONAL CENTER, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 20th day of January, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk